IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| TESSEL | : | 02-3865 |
| FILIPPO | : | 02-3871 |
| JONES, et al. | : | 02-3909 |
| HOLMAN, et al. | : | 02-3918 |
| LAMB | : | 02-3947 |
| JONES | : | 02-3956 |
| LARSON | : | 02-3981 |
| DRENTLAW | : | 02-4142 |
| DURHAM | : | 02-4160 |
| SIEGEL, et al. | : | 02-4178 |
| NELSON, et al. | : | 02-4202 |
| FOSTER, et al. | : | 02-4222 |
| SIMINUK, et al. | : | 02-4251 |
| NITZKO, et al. | : | 02-4270 |
| MICHALIK, et al. | : | 02-4888 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

      **AND NOW,** this          day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [   ]    -    Order staying these proceedings pending disposition of a related action.

    [   ]    -    Order staying these proceedings pending determination of arbitration proceedings.

    [   ]    -    Interlocutory appeal filed.

    [ X ]    -    Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota..

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                      **BY THE COURT:**

                        _____
                        **Petrese B. Tucker, Judge**